AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRITTANY LAMB,

    Plaintiff,

v.

RICHARD ROUNDTREE, Sheriff of Richmond County,
and HOY DARLING, Deputy of the Richmond County
Sheriff's Office, in Their Individual and Official Capacities,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-030

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 20, 2020, Defendants' Motion to Dismiss is GRANTED IN PART; therefore, Counts I and II of Plaintiff's Complaint are DISMISSED and JUDGMENT is hereby ENTERED in favor of Defendant and against Plaintiff as to Counts I and II. The remainder of this case is hereby REMANDED to the Superior Court of Richmond County, Georgia. This case stands closed.



05/20/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03